UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DERRICK LAVELLE DARDEN, #1028550,

    Petitioner,

v.                                  CIVIL NO. 2:24cv726

CHADWICK DOTSON,
Director of the Virginia
Department of Corrections,

    Respondent.

## FINAL ORDER

Petitioner Derrick Lavelle Darden ("Darden"), a Virginia inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on November 18, 2024, challenging his convictions in the Circuit Court for the City of Suffolk in July 2017 for two counts of robbery. ECF No. 1, at 1; *Commonwealth v. Darden*, No. CR16-1731, -1846 (Va. Cir. Ct. July 11, 2017).

The matter was referred to United States Magistrate Judge Robert J. Krask for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.

The report and recommendation, filed June 20, 2025, recommends that respondent's motion to dismiss be granted and Darden's federal petition be denied and dismissed with prejudice because it is barred by the statute of limitations. ECF No. 14,

at 7. Each party was advised of the right to file written objections to the findings and recommendations made by Magistrate Judge Krask. *Id.* at 7-8. No objection has been filed.

The Court, having reviewed the record, does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the report and recommendation. Therefore, the Court **ORDERS** that respondent's motion to dismiss, ECF No. 11, is **GRANTED**, and Darden's petition, ECF No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE**.

Darden has failed to demonstrate "a substantial showing of the denial of a constitutional right," and, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

Darden is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Darden intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Final Order. Darden may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk is **DIRECTED** to send a copy of this Final Order to Petitioner, Derrick Lavelle Darden, and to counsel of record for Respondent.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
August 8, 2025